AO 455(Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

GUILLERMO LEON-DENOGEAN

**WAIVER OF INDICTMENT**

CASE NUMBER: 08cr 1343-H

I, GUILLERMO LEON-DENOGEAN, the above named defendant, who is accused committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 4/29/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

FILED
APR 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

Defendant

Counsel for Defendant

Before
JUDICIAL OFFICER