LISA KAY BAUGHMAN
State Bar No.: 134946
1202 Kettner Blvd., Suite 6200
San Diego, CA 92101
(619) 696-9311
(619) 696-3993 fax

Attorney for Defendant
GUILLERMO LEON-DENOGEAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff,<br>vs.<br>GUILLERMO LEON-DENOGEAN,<br>Defendant. | Case No.: 08CR1343-GT<br>**JOINT MOTION TO CONTINUE SENTENCING HEARING** |

Defendant GUILLERMO LEON-DENOGEAN, by and through his counsel, Lisa Kay Baughman, requests a continuance of the Sentencing Hearing from August 6, 2008 at 9:00 a.m. to September 16, 2008 at 9:00 a.m. The new date has been cleared by the court clerk. The Assistant United States Attorney, Jeff Moore, has no opposition to this request.

Date: July 28, 2008

/s Lisa Kay Baughman
LISA KAY BAUGHMAN
Attorney for Defendant
GUILLERMO LEON-DENOGEAN

/s Jeff Moore
JEFF MOORE
Attorney for Plaintiff
Assistant United States Attorney