LISA KAY BAUGHMAN
State Bar No.: 134946
1202 Kettner Blvd., Suite 6200
San Diego, CA 92101
(619) 696-9311
(619) 696-3993 fax

Attorney for Defendant
GUILLERMO LEON-DENOGEAN

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATE OF AMERICA, Plaintiff, vs. GUILLERMO LEON-DENOGEAN, Defendant. | ) | Case No.: 07-CR-02825 **CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Lisa Kay Baughman, am a citizen of the United States and am at least eighteen years of age. My business address is 1202 Kettner Blvd., Suite 6200, San Diego, California 92101.

I am not a party to the above-entitled action.

I hereby certify that I have served the JOINT MOTION TO CONTINUE SENTENCING HEARING to the following CM/ECF participants in this case: Jeff Moore**,** **e**file.dkt.gc2@usdoj.gov.

There are no non-ECF participants on this case to be notified by United States Parcel Service.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 28, 2008

/s Lisa Kay Baughman
LISA KAY BAUGHMAN
Attorney for Defendant
GUILLERMO LEON-DENOGEAN