FILED
JUL 29 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATE OF AMERICA,<br>Plaintiff,<br>vs.<br>GUILLERMO LEON-DENOGEAN,<br>Defendant. | Case No.: 08cr1343-GT<br>**ORDER GRANTING MOTION TO CONTINUE SENTENCING HEARING** |

IT IS HEREBY ORDERED that the motion date in the above-referenced case be continued from August 6, 2008, at 9:00 am, to September 16, 2008 at 9:00 am.

DATED: July 29, 2008

Honorable Gordon Thompson, Jr.,
United States District Court Judge